NUMBER 13-05-481-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

_______________________________________________________


 

PAUL
EUGENE MONTIQUE,                                        Appellant,

 

                                           v.

 

TEXAS DEPARTMENT OF CRIMINAL JUSTICE 

CORRECTIONAL
INSTITUTIONS DIVISION AND 

DAVID DIAZ,                                                          Appellees.

_______________________________________________________


 

                  On appeal from the 156th
District Court

                              of Bee
County, Texas.

_______________________________________________________  

                     MEMORANDUM OPINION

 

      Before Chief Justice Valdez and
Justices Yañez and Garza

                       Memorandum Opinion Per
Curiam

 








Appellant, PAUL
EUGENE MONTIQUE, perfected an appeal from a judgment entered by the 156th District Court of Bee County, Texas, in cause
number B-05-1075-CV-B. 
The clerk=s record was filed on September 13, 2005.  The
reporter=s record was filed on August 17, 2005.  Appellant=s brief was due on October 13, 2005.  To date,
no appellate brief has been received.

When the appellant has
failed to file a brief in the time prescribed, the Court may dismiss the appeal
for want of prosecution, unless the appellant reasonably explains the failure
and the appellee is not significantly injured by the appellant=s failure to timely
file a brief.  Tex. R. App. P. 38.8(a)(1).

On October
31, 2005, notice was given to all parties that this appeal was subject to
dismissal pursuant to Tex. R. App. P. 38.8(a)(1).  Appellant was given ten days to explain why
the cause should not be dismissed for failure to file a brief.  To date, no response has been received.

The Court, having
examined and fully considered the documents on file, appellant=s failure to file a
proper appellate brief, this Court=s notice, and
appellant=s failure to respond,
is of the opinion that the appeal should be dismissed for want of
prosecution.  The appeal is hereby
DISMISSED FOR WANT OF PROSECUTION.

PER CURIAM

 

Memorandum Opinion delivered and filed

this the 26th day of
January, 2006